OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 A determination whether exigent circumstances existed to justify the warrantless entry into defendant’s home involves a mixed question of law and fact. Where, as here, there exists record support for the Appellate Division’s resolution of this question, the issue is beyond this Court’s further review
 
 (see, People v Hallman,
 
 92 NY2d 840;
 
 People v Cloud,
 
 79 NY2d 786;
 
 People v Burr,
 
 70 NY2d 354).
 

 
 *944
 
 Chief Judge Kaye and Judges Smith, Levine, Ciparick, Wesley and Rosenblatt concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed in a memorandum.